**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA W. BALMONTE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAROLYN COLVIN, Commissioner of Social ) <br> Security ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 14-CV-02040-LHK <br><br> ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES |

Both parties have consented to proceed before a Magistrate Judge for all purposes. *See* ECF Nos. 6, 9. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 11, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02040-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES